CLOSED, ECF, RELATED

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01777-HB
# Internal Use Only

| | |
|---|---|
| Giles v. Nuvelo, Inc. et al | Date Filed: 03/01/2007 |
| Assigned to: Judge Harold Baer | Date Terminated: 07/20/2007 |
| Related Case: 1:07-cv-00975-HB | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Arnold Giles**　　　　　　　　　　　　　　represented by **Charles J. Piven**
*Individually and on behalf of all others*　　　　　　　　　　The World Trade Center-Baltimore
*similarly situated*　　　　　　　　　　　　　　　　　　Suite 2525
　　　　　　　　　　　　　　　　　　　　　　　　401 East Pratt Street
　　　　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　　　　　　　(410) 332-0030
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**David A.P. Brower**
　　　　　　　　　　　　　　　　　　　　　　　　Brower Piven
　　　　　　　　　　　　　　　　　　　　　　　　488 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　212-501-9000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212-501-0300
　　　　　　　　　　　　　　　　　　　　　　　　Email: brower@browerpiven.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Ann Schmid**
　　　　　　　　　　　　　　　　　　　　　　　　Brower Piven
　　　　　　　　　　　　　　　　　　　　　　　　488 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　(212) 501-9000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212 501-0300
　　　　　　　　　　　　　　　　　　　　　　　　Email: schmid@browerpiven.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Marshall N. Perkins**
　　　　　　　　　　　　　　　　　　　　　　　　Brower Piven
　　　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　　　Suite 2525

401 E. Pratt Street
Baltimore, MD 21202
(410) 332-0030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nuvelo, Inc.**             represented by **Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
212 479-6204
Fax: 212 479 6275
Email: mseifan@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
Cooley Godward Kronish, LLP ( Palo Alto )
5 Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306
(650)-843-5458
Fax: (650)-857-0663
Email: gfondo@cooley.com
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
Cooley, Godward Kronish, LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000
Fax: (650) 857-0663
Email: sdevereaux@cooley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ted W. Love**             represented by **Marisa Megur Seifan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary S. Titus**  represented by  **Marisa Megur Seifan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelly D. Guyer**  represented by  **Marisa Megur Seifan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1 | COMPLAINT against Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (Filing Fee $ 350.00, Receipt Number 607585)Document filed by Arnold Giles.(tro) Additional attachment(s) added on 4/25/2007 (Becerra, Maribel). (Entered: 03/02/2007) |
| 03/01/2007 |  | SUMMONS ISSUED as to Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (tro) (Entered: 03/02/2007) |

| | | |
|---|---|---|
| 03/01/2007 | | CASE REFERRED TO Judge Harold Baer as possibly related to 1:07-cv-975. (tro) (Entered: 03/02/2007) |
| 03/01/2007 | | Case Designated ECF. (tro) (Entered: 03/02/2007) |
| 03/13/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Harold Baer. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 03/19/2007) |
| 03/13/2007 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 03/19/2007) |
| 03/13/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-00975-HB. Notice of Assignment to follow. (laq) (Entered: 03/19/2007) |
| 03/19/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 03/19/2007) |
| 04/17/2007 | 10 | MOTION for Scott D. Devereaux to Appear Pro Hac Vice. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus.(jco) (Entered: 04/23/2007) |
| 04/18/2007 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. NO Corporate Parent. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus.(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 4 | MOTION to Transfer Case *to the Northern District of California*. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (Attachments: # 1 Affidavit Certificate of Service of ALL Documents)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 5 | AFFIDAVIT of Gary S. Titus in Support re: 4 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C, Part 1# 4 Exhibit C, Part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 6 | AFFIDAVIT of Shelly D. Guyer in Support re: 4 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 7 | AFFIDAVIT of Ted W. Love in Support re: 4 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 8 | DECLARATION of Grant Fondo in Support re: 4 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 9 | MEMORANDUM OF LAW in Support re: 4 MOTION to Transfer Case |

| | | |
|---|---|---|
| | | *to the Northern District of California..* Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/20/2007 | 11 | MOTION for Grant P. Fondo to Appear Pro Hac Vice. Document filed by Shelly D. Guyer, Nuvelo, Inc., Ted W. Love, Gary S. Titus.(jco) (Entered: 04/23/2007) |
| 04/30/2007 | 12 | ORDER granting 10 Motion for Scott D. Devereaux to Appear Pro Hac Vice. (Signed by Judge Harold Baer on 4/27/2007) (kkc) (Entered: 05/02/2007) |
| 04/30/2007 | 13 | ORDER granting 11 Motion for Grant P. Fondo to Appear Pro Hac Vice. (Signed by Judge Harold Baer on 4/27/2007) (kkc) (Entered: 05/02/2007) |
| 05/17/2007 | 14 | MOTION for Nicolette Tropiano to Appear Pro Hac Vice. Document filed by Arnold Giles.(jco) Additional attachment(s) added on 5/22/2007 (Correa, Julie). (Entered: 05/22/2007) |
| 07/20/2007 | 15 | ORDER granting [17] Motion to Transfer Case. Because the majority of factors favor transfer, defendants' motion to transfer venue for these four actions-- Electrical Workers v. Nuvelo, 07-cv-975 (S.D.N.Y); Logan v. Nuvelo, 07-cv-1229 (S.D.N.Y.); Giles v. Nuvelo, 07-cv-1777(S.D.N.Y.); and Braker v. Nuvelo, 07-cv-1953 (S.D.N.Y.) - is GRANTED. The Clerk of the Court is instructed to transfer these four actions to the Northern District of California and remove them from my docket. So Ordered. (Signed by Judge Harold Baer on 7/19/07)Signed by Judge Harold Baer on 7/19/07) (jco) (Entered: 07/23/2007) |
| 07/20/2007 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Nothern District of California. Sent original file along with documents numbered 1-15, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 1003 on 7/25/07. (jco) (Entered: 07/25/2007) |