SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., *On Behalf of itself and all others similarly situated,* | No. 3:07-CV-04056-MJJ |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | PROOF OF SERVICE |
| NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER, | |
| Defendants. | |

PROOF OF SERVICE

| | |
|---|---|
| BARRY LOGAN, *Individually and on behalf of all others similarly situated,*<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,<br><br>　　　　　　　Defendants. | No. 3:07-CV-04057-MJJ |
| ARNOLD GILES, *Individually and on behalf of all others similarly situated,*<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,<br><br>　　　　　　　Defendants. | No. 3:07-CV-04058-MJJ |
| HERBERT BAKER, *On Behalf of himself and all others similarly situated,*<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,<br><br>　　　　　　　Defendants. | No. 3:07-CV-04059-MJJ |

PLEASE SEE ATTACHED PROOF OF SERVICE

PROOF OF SERVICE

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On August 16, 2007, I served the within documents:

**MOTION OF THE LIDARD GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

☒ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

☐ By causing personal delivery of a copy of the document(s) listed above to the person(s) addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

| | |
|---|---|
| Evan J. Smith<br>Brodsky & Smith, LLC<br>240 Mineola Blvd.<br>Mineola, NY 11501 | Marshall N. Perkins<br>The World Trade Center – Baltimore]<br>401 E. Pratt Street<br>Suite 2525<br>Baltimore, MD 21202 |
| | |

PROOF OF SERVICE

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on August 16, 2007, at Walnut Creek, California.

_____
Peggy Toovey

PROOF OF SERVICE